UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO M. M., | No.  2:26-cv-01174-KES-EGC (HC) |
| Petitioner, | A-Number: 243-162-988 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al., | |
| Respondents. | |
| | Doc. 11 |

Petitioner Manuel Antonio M. M., formerly an immigration detainee, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention. *See generally* Doc. 1.

Petitioner filed a motion for temporary restraining order.  Doc. 2.  The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately.  The Court referred the matter to the magistrate judge for further proceedings.  Doc. 7.  Respondents declined to submit an additional brief prior to adjudication of the petition.  Doc. 9.

On May 5, 2026, the assigned magistrate judge issued findings and recommendations that "the petition be granted for the same reasons set forth by the District Court in its order granting a preliminary injunction."  Doc. 11 at 2.  Those findings and recommendations were served upon

1

all parties and contained notice that any objections thereto were to be filed within 21 days after service.  On May 26, 2026, Respondents filed timely objections in which they do not raise any new arguments regarding the merits of the petition.  Doc. 12.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the entire matter, including Respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.    The findings and recommendations dated May 5, 2026 (Doc. 11) are ADOPTED.

2.    The petition for writ of habeas corpus is GRANTED.

3.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner Manuel Antonio M. M. (A-Number 243-162-988) unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]

4.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    June 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event she is subject to an executable final order of removal.